JUDGE KAPLAN

DOV KESSELMAN (DK-6571)
ROSEMARY JOYCE (RJ-7383)
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500
Attorneys for Defendants

08 CV 5448

RECEIVED
JUN 1 6 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANDREA GRAVAGNA,

                  Plaintiff,

v.

TERMINIX INTERNATIONAL, INC.,
THE SERVICEMASTER COMPANY,
JENNIFER HOWARD,

                  Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. _____

**FEDERAL RULE OF CIVIL
PROCEDURE 7.1 CORPORATE
DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants Terminix International, Inc. and The ServiceMaster Company hereby states that Terminix International Inc. is wholly owned by ServiceMaster Holding Corporation, which is wholly owned by The ServiceMaster Company, and further states that no publicly held corporation owns 10% or more of the stock of these companies.

Dated: New York, New York
       June 16, 2008

                                    SEYFARTH SHAW LLP

                                    By _____
                                       Dov Kesselman (DK-6571)
                                       Rosemary Joyce (RJ-7383)
                                  620 Eighth Avenue, 32nd Floor
                                  New York, New York 10018-1405
                                  (212) 218-5500

                                  Attorneys for Defendants Terminix International,
                                  Inc. and The ServiceMaster Company

NY1 26517977.2