UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANDREA GRAVAGNA,                          :
                                          :  No. 08-cv-5448 (LAK-THK)
            Plaintiff,                    :
   v.                                     :  **NOTICE OF MOTION TO**
                                          :  **COMPEL ARBITRATION AND**
TERMINIX INTERNATIONAL, INC.,             :  **TO STAY THE PROCEEDINGS**
THE SERVICEMASTER COMPANY,                :
JENNIFER HOWARD,                          :

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  PLEASE TAKE NOTICE THAT, upon the accompanying Defendants' Memorandum of Law in Support of Their Motion to Compel Arbitration and to Stay the Proceedings, and the Declaration of Rosemary Joyce, Esq., dated June 19, 2008, together with Exhibits A through F, and upon all of the papers and proceedings herein, Defendants Terminix International, Inc. ("Terminix") and the ServiceMaster Company (collectively, "Defendants") will move this Court on a date and time to be determined by the Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order:  (1) compelling arbitration of the claims alleged in the Verified Complaint of plaintiff Andrea Gravanga; (2) staying this litigation pending the conclusion of arbitration proceedings; and (3) granting Defendants the attorneys' fees and costs associated with making this motion and such other and further relief as the Court may deem just and proper.

2

Dated: New York, New York
       June 20, 2008

                    SEYFARTH SHAW LLP


                    By  s/ Dov Kesselman
                        Dov Kesselman (DK-6571)
                        Rosemary Joyce (RJ-7383)
                    620 Eighth Avenue, 32nd Floor
                    New York, New York 10018-1405
                    (212) 218-5500
                    Attorneys for Defendants Terminix International,
                        Inc. and The ServiceMaster Company

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2008, I electronically filed the foregoing Notice of Motion to Compel Arbitration and to Stay the Proceedings, Defendants' Memorandum of Law in Support of Their Motion to Compel Arbitration and to Stay the Proceedings, and the Declaration of Rosemary Joyce, Esq., with the Clerk of the District Court using its CM/ECF system.  And, I hereby certify that on June 20, 2008, true and correct copies of the foregoing documents were served by Federal Express, overnight delivery, postage prepaid, on counsel for plaintiff at the following address:

>David Gottlieb, Esq.
>Mark L. Lubelsky and Associates
>123 West 18th Street, 8th Floor
>New York, New York 10011
>
>*Attorneys for Plaintiff*

>s/ Dov Kesselman
>Dov Kesselman (DK-6571)